UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

SHERYL DAY DAVIS,

                      Plaintiff,           **ORDER ON MOTION TO DISMISS**

- against -

                                        No. 24-CV-4678 (CS)

WESTCHESTER COUNTY,

                    Defendant.
--------------------------------------------------------------x

Seibel, J.

      For the reasons set forth on the record at the January 8, 2026 conference, the Defendant's

motion to dismiss, (ECF No. 25), is DENIED.

**SO ORDERED.**

Dated: February 12, 2026
       White Plains, New York

_____
       CATHY SEIBEL, U.S.D.J.